UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSIMAR APARECIDO DA SILVA MOURA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, et al.,<br><br>Respondents. | *<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No. 1:25-cv-14011-IT<br>*<br>*<br>*<br>*<br>* |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 9] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by January 29, 2026, and Respondents' Status Report [Doc. No. 10] indicating Petitioner was granted bond on January 30, 2026, and subsequently released, this action is CLOSED.

IT IS SO ORDERED.

February 27, 2026                                     /s/ Indira Talwani
                                                      United States District Judge